IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20182
Summary Calendar
_____

CARL DAVIS; KIRK BENNETT; JOHN W. FULLER; JAMES REED; RAMON L.
SOLANAS; RAYNALDO LOPEZ; MICHAEL GRIGSBY; FLOYD COLLINS; DEXTER
HOOVER; RAY ROBINSON; MICHAEL HERNANDEZ; HOMERO ROSAS; JAMES
HALL; JAMES HUNTER; JAMES MANERS; ALAN MULLINS; MICHAEL CAIN;
ROBERT A. WHITE; BRET COOK; SAMY LUALY,

                                        Plaintiffs-Appellants,


versus

WAYNE SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION; TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION; JERRY GROOM; EARL FOX, MAJOR; DOUGLAS
DRETKE, ASST. WARDEN; JERRY BARATT; D. DOWNS,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-69
- - - - - - - - - -
September 9, 1996
Before KING, WIENER and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Texas state prisoners Michael Cain, # 647455; Alan Mullins,

# 548739; Raynaldo Lopez, # 643937; Ray Robinson, # 620379; Ramon

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Solanas, # 640719; and Carl Davis, # 634171[**] seek to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in their appeal from the district court's orders denying their motions for appointment of counsel and a preliminary injunction.[***] The appellants have identified no error in the district court's denial of their motions. <u>Davis et al. v. Scott et al.</u>, No. CA-H-95-69 (S.D. Tex. Jan. 31, 1996).

The appeal fails to present a nonfrivolous issue, and the motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is DENIED. See <u>Jackson v. Dallas Police Dep't</u>, 811 F.2d 260, 261 (5th Cir. 1986). The motion for appointment of counsel is also DENIED. The appeal is frivolous, and it is DISMISSED. <u>See</u> 5th Cir. R. 42.2.

APPEAL DISMISSED.

---

[**] Larry Davis, # 628403, also filed a motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u>; however, he cannot appeal because he did not sign the notice of appeal. See <u>Carter v. Stalder</u>, 60 F.3d 238, 239 (5th Cir. 1995).

[***] We do not address the denial of the motion for a temporary restraining order because it is not an appealable order. See <u>In re Lieb</u>, 915 F.2d 180, 183 (5th Cir. 1990). Although the appellants' notice of appeal mentions an appeal from the denial of a motion for class certification, the issue is deemed abandoned because no arguments have been briefed on the issue. See <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993).